```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/9/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE MCAULEY, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

THE HONEY POT COMPANY, LLC,

        Defendant.

23 Civ. 1986 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 18-1. The parties' inclusion of briefing deadlines for certain motions in the proposed case management plan is improper. *See, e.g., id.* ¶ 7. Rule III of the Court's Individual Practices in Civil Cases requires that the parties file pre-motion letters for certain motions. The parties are directed to remove references to these proposed motions, which are not properly before the Court. The parties also note where they are "generally [in] agree[ment]" about some discovery deadlines. *Id.* ¶ 8. The deadlines in the proposed case management plan should reflect dates certain. In addition, the parties have made other modifications to the Court's model Case Management Plan and Scheduling Order. *See, e.g., id.* ¶¶ 7–11, 14. The parties are directed to use the Court's model Case Management Plan and Scheduling Order. Accordingly, by **May 15, 2023**, the parties shall submit a revised proposed case management plan.

    SO ORDERED.

Dated: May 9, 2023
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge