UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE MCAULEY, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

THE HONEY POT COMPANY, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2023

23 Civ. 1986 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated May 19 and 26, 2023. ECF Nos. 23–24. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **July 5, 2023**, Defendant shall file its motion to dismiss;
3. By **July 26, 2023**, Plaintiff shall file her opposition papers; and
4. By **August 9, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: May 30, 2023
      New York, New York

                                ANALISA TORRES
                            United States District Judge