UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE MCAULEY, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

THE HONEY POT COMPANY, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/15/2023_

23 Civ. 1986 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order. ECF No. 40. Paragraph 23 of the proposed protective order states that the Court "will retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof." *Id.* ¶ 23. The Court shall not retain jurisdiction over the protective order after termination of the case. Accordingly, by **August 22, 2023**, the parties shall file a revised proposed protective order.

    SO ORDERED.

Dated: August 15, 2023
       New York, New York

ANALISA TORRES
United States District Judge