UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE MCAULEY, on behalf of herself and
all others similarly situated,

                          Plaintiff,

          -against-

THE HONEY POT COMPANY, LLC,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/29/2023
```

23 Civ. 1986 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for January 9, 2024, is ADJOURNED to **July 9, 2024**, at **11:00 a.m.**

          SO ORDERED.

Dated: September 29, 2023
          New York, New York

_____
          ANALISA TORRES
          United States District Judge