# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

NICOLE MCAULEY and JESSICA WRIGHT, individually and all others similarly situated,

                Plaintiffs,

-against-

THE HONEY POT COMPANY, LLC,

                Defendant.

-----------------------------------------------------------------------X

23 **CIVIL** 1986 (AT)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 01, 2024, Honey Pot's motion to dismiss is GRANTED.

**Dated:** New York, New York

    April 16, 2024

                              **RUBY J. KRAJICK**

                              Clerk of Court

      **BY:**

                              **Deputy Clerk**